UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JAMES EDWARD MODLIN JR      CASE NO. 20-10689
203 DOLLY ROAD              JUDGE BENJAMIN A. KAHN
MADISON, NC  27025

DEBTOR

SSN(1) XXX-XX-1841          DATE:  03/25/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACCESS ONE<br>P O BOX 410806<br>CHARLOTTE, NC  28241 | $0.00<br>INT:  .00%<br>NAME ID: 31821<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $2,379.05<br>INT:  .00%<br>NAME ID: 170495<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 2003<br>COMMENT: |
| AT&T CORP<br>% AT&T SERVICES INC<br>ONE AT&T WAY STE 3A104<br>BEDMINSTER, NJ  07921 | $1,170.36<br>INT:  .00%<br>NAME ID: 154952<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 8595<br>COMMENT:  CTGD, DISP |
| CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,175.01<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 1282<br>COMMENT:  WALMART |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $2,449.45<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 0916<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1841<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $2,523.01<br>INT:  .00%<br>NAME ID: 177188<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 2334<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1841<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10689

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0013 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 1590<br>COMMENT: DT RERP,DIR |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $10,818.84<br>INT: 5.25%<br>NAME ID: 53815<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 1501<br>COMMENT: 09CHEV |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $5,811.73<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 1551<br>COMMENT: |
| **TOTAL:** | **$26,379.45** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/25/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice